IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. DLB-24-146 |
| | * | |
| JULIAN JOEL LEE EVERETT, | * | |
| | * | |
| Defendant | * | |
| | * | |
| | * | |
| ****** | | |

## MOTION FOR LEAVE TO FILE SEALED
## RESTITUTION ATTACHMENTS TO THE GOVERNMENT'S
## <u>MEMORANDUM IN AID OF SENTENCING</u>

The United States of America, by and through its attorneys, hereby respectfully requests leave to file attachments to the Government's memorandum in aid of sentencing under seal. In support of this request, the Government submits the following:

1. The Government also requests that Attachment B to its memorandum in aid of sentencing be maintained under seal. To seal court documents, the Government must demonstrate that: (1) there is a compelling government interest requiring materials to be kept under seal, and (2) there is no less restrictive means, such as redaction, available. *See In re Search Warrants Issued on April 26, 2004*, 353 F.Supp.2d 584 (D. Md. 2004).

2. The attachment at issue contains sensitive information, including identifying information associated with a victim in the above-captioned matter.

3. A sealed filing of the attachment would accommodate the Government's compelling interest in protecting the identities, and medical information, of victims.

4. A proposed order is submitted herewith.

**WHEREFORE**, the Government, respectfully requests leave to file an attachment under seal to the Government's memorandum in aid of sentencing.

                                      Respectfully submitted,

                                      Erek L. Barron
                                      United States Attorney

By:     /s/
        Timothy F. Hagan
        Assistant United States Attorney